## W. T. Doyle v. The State.

No. 10293.   Delivered June 23, 1926.

**Possessing Equipment, Etc.—No Sentence—Appeal Dismissed.**

Where a record before this court does not show that sentence was passed upon the appellant in the trial court, jurisdiction does not attach, and the cause must be dismissed, and it is so ordered in this case. See Vernon's Crim. Stats., Vol 2, p. 870, and authorities there cited, also Art. 767 C. C. P., 1925.

Appeal from District Court of Denton County.   Tried below before the Hon. C. R. Pearman, Judge.

Appeal from a conviction for possession of equipment for the manufacture of intoxicating liquor, penalty three years in the penitentiary.

Boyd & Boyd of Denton, for appellant.

Sam D. Stinson, State's Attorney, and Robert M. Lyles, Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is the possession of equipment for the unlawful manufacture of intoxicating liquor, punishment fixed at confinement in the penitentiary for a period of three years.

The absence of the sentence which constitutes the final judgment from which an appeal may be taken precludes a consideration of the appeal on its merits.   The final judgment is essential to confer jurisdiction upon this court.   See Vernon's Tex. Crim. Stat., Vol. 2, p. 870, and authorities cited; also Art. 767, C. C. P., 1925.

The appeal is dismissed.                              *Dismissed.*